UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT DYKES #201541,

    Plaintiff,

v.

UNKNOWN ORSBORNE, et al.,

    Defendants.
_____/

Case No. 2:21-cv-113

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the jury verdict returned and entered on April 17, 2024, and pursuant to Federal Rule of Civil Procedure 58, judgment hereby enters for Defendants Orsborne and Besteman[1] and against Plaintiff Dykes.

**IT IS SO ORDERED.**

Dated: April 18, 2024

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge

---

[1] The defendants' names are spelled "Orsbourne" and "Bestman" in the complaint.